RICHARD J. HAYDEN
RICHARD J. HAYDEN, P.S.
1427 W. Sixth Avenue
Spokane, WA 99204-3303
(509) 624-1111

Date Entered:_____
Time Entered:_____

Of Attorneys for GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

GE COMMERCIAL DISTRIBUTION
FINANCE CORPORATION, as
assignee of certain assets of
Bombardier Capital, Inc.,

            Plaintiff,

   v.

D.K. SANDERLIN, INC., d/b/a Family
Powersports,

            Defendant.

NO. CV-07-170-FVS

ORDER TO SHOW CAUSE
AND TEMPORARY
RESTRAINING ORDER

UPON reading the Complaint dated May 24, 2007, together with the exhibits annexed thereto, and the Affidavit of Michael Hudak, sworn to the 24th day of May, 2007, all submitted in support of an Order to Show Cause why an Order should not be issued herein, pursuant to R.C.W. § 7.64.020, as applicable herein pursuant to Fed. R. Civ. P. 64, directing the United States Marshall or Sheriff of the County of Grant, State of Washington, or of any other county

TEMPORARY RESTRAINING ORDER        1

ORIGINAL

within the State of Washington where the property may be found, to seize certain property as hereinafter described, and further seeking a Temporary Restraining Order restraining the Defendant, D.K. SANDERLIN, INC., d/b/a Family Powersports, and all persons acting in concert with it, from dismantling, removing, concealing, using, hiding, selling, disposing of, transferring, encumbering, commingling or permitting to become subject to a security interest or lien or otherwise acting in any manner inconsistent with the Plaintiff's interest in such property, and due deliberation having been had hereon, and good and sufficient cause having been shown,

NOW, on the Complaint dated May 24, 2007 by GE Commercial Distribution Finance Corporation (hereinafter "Plaintiff"), and upon the annexed Affidavit of Michael Hudak, sworn to the 24th day of May, 2007;

The Defendant is hereby ORDERED TO APPEAR BEFORE THIS COURT AND SHOW CAUSE IF ANY IT HAS, at a hearing to be held in Courtroom #  3  , United States District Court, Eastern District of Washington, on the  31st  day of  May  , 2007, at  Nine  o'clock ____A.M., or as soon thereafter as counsel can be heard, to show why an Order of Seizure should not be made and entered in this action, authorizing pursuant to R.C.W. §§ 7.64.035; 7.64.047, made applicable herein pursuant to Fed. R. Civ.

**TEMPORARY RESTRAINING ORDER**          2

P. 64, and directing the United States Marshall or Sheriff of the County of Grant, State of Washington, or any other county in the State of Washington where the property may be found, to seize from the Defendant, and deliver to Plaintiff all Collateral as defined and more particularly described in the Complaint ("Collateral");

AND IT IS FURTHER ORDERED, pursuant to R.C.W. § 7.64.035 and Fed. R. Civ. P. 65(b), that, pending the show cause hearing, the Defendant and its respective servants, agents, employees, representatives, and all persons acting in concert with it be, and the same hereby are, restrained and enjoined from removing, transferring, dismantling, selling, pledging, encumbering, commingling, using, concealing, hiding or otherwise disposing of, or permitting to become subject to a security interest or lien, the Collateral, described above in any manner inconsistent with Plaintiff's interests therein; and it is further

ORDERED, that Plaintiff post an undertaking in the amount of $1,536,192.00, pursuant to the provisions of R.C.W. § 7.64.035 upon entry of this Order; and it is further

ORDERED, that a copy of this Order to Show Cause and Temporary Restraining Order, together with the copies of the above-referenced papers upon which it is made, shall be personally served (or attempted to be personally

served): (a) upon D.K. SANDERLIN, INC., d/b/a Family Powersports, 520 S. Pioneer Way, Moses Lake, WA 98837 by serving any apparently responsible person at such business and upon Danny E. Sanderlin by personal or substituted service on or before May 29, 2007, and that such service shall be deemed good and sufficient notice of this Order.

Dated: May 25, 2007, Spokane, Washington

s/ Fred Van Sickle
_____
Hon.
United States District Judge
Eastern District of Washington

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

TEMPORARY RESTRAINING ORDER 4

Presented by:



Richard J. Hayden (WSB 4614)
RICHARD J. HAYDEN, P.S.
1427 West Sixth Avenue
Spokane, WA 99204-3033
509-624-1111
Of Attorneys for GE COMMERCIAL
DISTRIBUTION FINANCE CORPORATION
FOR THE FIRM

TEMPORARY RESTRAINING ORDER                                  5