UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, et al.<br><br>             Plaintiff,<br><br>        v.<br><br>D K SANDERLIN INC., d/b/a Family Powersports.,<br><br>             Defendant. | No. CV-07-170-FVS<br><br>ORDER GRANTING MOTION TO VACATE |

**THIS MATTER** having come before the Court based upon motions filed by the defendant; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's motion to expedite **(Ct. Rec. 20) is granted**.

2. The defendant's motion to vacate **(Ct. Rec. 16) is granted**.

3. The Order to Show Cause and Temporary Restraining Order **(Ct. Rec. 6) is Vacated.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___12th___ day of June, 2007.

                            s/ Fred Van Sickle
                              Fred Van Sickle
                      United States District Judge

ORDER - 1