UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, ,<br><br>    Plaintiff,<br><br>    v.<br><br>D.K. SANDERLIN, INC., d/b/a Family Powersports,<br><br>    Defendant. | No. CV-07-170-FVS<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    **THIS MATTER** comes before the Court pursuant to Plaintiff's Notice of Voluntary Dismissal.  Now, therefore

    **IT IS HEREBY ORDERED:**

    This matter is dismissed without prejudice.

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to defendant and counsel for plaintiff and close this file.

    **DATED** this ___16th___ day of July, 2007.

                                          s/ Fred Van Sickle
                                             Fred Van Sickle
                                    United States District Judge

ORDER - 1